IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ESTHER MADRIZ MORA,

   Plaintiff

v.     CIVIL NO. JKB-12-0845

UNITED STATES OF AMERICA,

   Defendant

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

Plaintiff filed a *pro se* request for return of her automobile, a 2003 BMW, that was apparently seized by the Government in connection with the now-dismissed criminal prosecution of Martin Jauregui-Lopez. (Compl., ECF No. 1.) The Court directed Plaintiff to pay the filing fee or file a motion for *in forma pauperis* status. (ECF No. 2.) The Court notes the fee has been paid. (Dkt. Apr. 3, 2012.) The Court also ordered the Government to show cause within sixty days of its order why Plaintiff's request has not been granted. (ECF No. 2.) The Government has not responded and the Court presumes it has no objection to the return of Plaintiff's property. Accordingly, a separate order shall issue granting Plaintiff's request.

DATED this 30 day of May, 2012.

BY THE COURT:

_____
James K. Bredar
United States District Judge